AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FEB 10 2015

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| TAVON WASHINGTON a/k/a TAVAN WASHINGTON | ) ) ) ) | 15-0246SAG |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 10, 2014  in the county of  Baltimore City  in the  District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Officer Edgar Allen, ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 2/10/15

_Judge's signature_

City and state:  Baltimore, Maryland     Hon. Stephanie A. Gallagher, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| TAVON WASHINGTON a/k/a Tavan Washington, | * | Criminal No.  15-0246SAG |
| Defendant. | * | |

...oOo...

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer Edgar A. Allen, II, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint.

2. I am a Task Force Officer ("TFO") with the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since November 2003. I have received specialized training in the investigation of violations of federal/state firearms and narcotics laws. In my current capacity, I am responsible for investigations of federal/state firearms and narcotics violations and the investigation of violent drug and firearm trafficking organizations.

3. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

4. The information contained in this Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. All conversations and statements described in this Affidavit are related in substance and in part unless otherwise indicated. Summaries and descriptions, including quotations, of recorded conversations are based on a review of audio recordings and draft transcripts thereof.

## PROBABLE CAUSE

5. On October 10, 2014, two officers with the Baltimore City Police Department were patrolling in the vicinity of the 100 block of North Culver Street in Baltimore, Maryland. An individual later identified as the defendant, Tavon WASHINGTON a/k/a Tavan WASHINGTON, was walking and exhibiting characteristics of a possibly armed individual. In particular, WASHINGTON's hand was located in the front waistband area of his pants, and he appeared to be holding something. The officers approached WASHINGTON in their vehicle, and one officer rolled down the window and asked WASHINGTON what he was holding. WASHINGTON responded, "My dick got hard, man." As the officer opened his door and exited the vehicle, WASHINGTON began running.

6. The two officers pursued WASHINGTON for several blocks, with one officer on foot and another in the vehicle. While running, WASHINGTON was seen with a gun in his hand. The officer who had been driving in the vehicle caught up to WASHINGTON and ordered him to drop the gun. In view of law enforcement, WASHINGTON dropped the gun into a sewer and sat down nearby.

7. Officers removed the grate of the sewer and recovered a Smith & Wesson handgun. WASHINGTON was arrested, and a search incident to the arrest revealed a quantity of suspected marijuana on his person.

8. The firearm recovered was a Smith & Wesson model SW40GVE .40 caliber handgun with serial number PBY0612, loaded with fourteen .40 caliber rounds of ammunition.

### 18 U.S.C. § 922(g)(1) Charge

9. The Smith & Wesson firearm was not manufactured within the State of Maryland and, therefore, it traveled across state lines before WASHINGTON possessed it.

10. Additionally, the Smith & Wesson firearm was tested and found to be operable, and so it meets the federal definition of a firearm found in 18 U.S.C. § 921(a)(3)(A) because it was designed to expel a projectile by the action of an explosive.

11. Prior to October 10, 2014, WASHINGTON was convicted of one or more crimes punishable by more than one year imprisonment. In 2009, WASHINGTON was convicted of a felony controlled substance offense in Baltimore City, and he was sentenced to four years' imprisonment. Additionally, in 2005, WASHINGTON was convicted of a felony controlled substance offense in Baltimore City, and he was sentenced to five years' imprisonment. Further, in 2004, WASHINGTON was convicted of second degree assault in Baltimore City, and he was sentenced to five years' imprisonment, with four years and three months suspended, and three years' probation.

### CONCLUSION

12. Based upon the foregoing, I submit that there is probable cause to believe that Tavon WASHINGTON a/k/a Tavan WASHINGTON did knowingly and intentionally possess a

firearm after having been convicted of a crime punishable by more than one year imprisonment in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Edgar A. Allen, II
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on  Feb. 10      , 2015

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge
District of Maryland

4