# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   Criminal Case No. 1:15-mj-00246-SAG |
| **TAVON WASHINGTON** | * |
| a/k/a Tavan Washington, | * |
| | * |
| **Defendant.** | * |
| | * |
| | ****** |

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Matthew C. Sullivan, Assistant United States Attorney for said district, respectfully submits this Motion to Dismiss Complaint Without Prejudice, and in support, states as follows:

1. On February 10, 2015, the defendant, Tavon Washington a/k/a Tavan Washington, was charged by Complaint in the above-captioned case.

2. A state case against the defendant, arising from the same conduct, remains pending in the Circuit Court for Baltimore City.

3. The government requests that the Complaint in the above-captioned case against the defendant be dismissed, without prejudice, in light of the possible resolution of the defendant's state case.

WHEREFORE, the government hereby requests that the Complaint in the above-captioned case be dismissed, without prejudice.  A proposed order is submitted herewith.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney

By:       /s/
        Matthew C. Sullivan
        Assistant United States Attorney
        36 S. Charles Street, Fourth Floor
        Baltimore, Maryland 21201